| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hughes, Lynn N. | 2. Court or Organization Southern District of Texas | 3. Date of Report 08/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Suite 11122 515 Rusk Avenue Houston, Texas 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Estate Four (no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Geo. Mason Univ. Law & Economics Center | 10/02-03 | Alexandria, Virginia | Advisory Board | Partial travel, room, board |
| 2. | Geo. Mason Univ. Law & Economics Center | 10/21-24 | San Diego, California | Symposium | Partial travel, room, board |
| 3. | American Assoc of Petroleum Geologists | 3/18-19 | Wichita Falls, Texas | Lecture | Note Four |
| 4. | AAPG | 4/13-14 | Dallas, Texas | Lecture | |
| 5. | AAPG | 4/20-21 | Billings, Montana | Lecture | |
| 6. | AAPG | 05/06-07 | Midland, Texas | Lecture | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hughes, Lynn N. | 08/04/2010 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | AAPG | 10/28-29 | Midland, Texas | Lecture | |
| 8. | AAPG | 11/18-19 | Austin, Texas | Lecture | |
| 9. | University of Georgia | 1/27-29 | Athens, Georgia | Lecture Series | Partial travel, room, board |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hughes, Lynn N. | 08/04/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ***** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | C | Rent | M | R | Devise | | | | 12/30/1991 $185,500 |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | N | R | Devise | | | | 12/30/1991 $332,112 |
| 4. [no entry] | | | | | | | | | |
| 5. ***** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 6. FundSource | A | Distribution | L | T | | | L | | |
| 7. ***** IRA Two ******** | | ******* | | | ******** | | | | ********* |
| 8. FundSource | A | Distribution | K | T | | | K | | |
| 9. ***** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 10. Sun Micro | | None | J | T | | | | | |
| 11. Prosperity Bancshares | A | Dividend | L | T | | | | | |
| 12. Chevron | C | Dividend | M | T | | | | | |
| 13. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 14. ***** Equities Two ******* | | ******** | | | ****** | | | | ****** |
| 15. Wells Fargo & Co | C | Dividend | M | T | | | | | |
| 16. ***** Estate Four ****** | | ******* | | | ******** | | | | ******* |
| 17. UBS Cashfund | A | Interest | J | T | | | | | Note One |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | PJ =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Putnam Global Equity | A | Distribution | J | T | | | | | |
| 19.  Templeton Growth | A | Distribution | L | T | | | | | |
| 20.  ***** Mutual Funds One ******* | | ******* | | | ******** | | | | ******** |
| 21.  AIM International Growth | C | Distribution | N | T | | | | | |
| 22.  AIM International Asia-Pacific | D | Distribution | O | T | | | | | |
| 23.  Belmar Capital Fund LLC | D | Distribution | O | T | | | | | |
| 24.  Jennison Equity Opportunity | B | Distribution | N | T | | | | | |
| 25.  AIM Basic Value | C | Distribution | O | T | Sold | 06/17/08 | N | | Omitted in 2008 |
| 26.  Jennison Mid Cap Growth | B | Distribution | N | T | | | | | |
| 27.  Pioneer Mid Cap | B | Distribution | N | T | Buy | 12/09 | N | | |
| 28.  Pioner Fd Cl | A | Distribution | | | Sold | 12/08 | N | | |
| 29.  Columbia Value & Restore | C | Distribution | N | T | Buy | 06/18/08 | N | | Omitted in 2008 |
| 30.  AIM Dev Markets | D | Distribution | O | T | | | | | |
| 31.  ***** Minerals ******** | | | | | ************ | | | | ***************** |
| 32.  MI-03 | | None | | | Shut | | | | Everest Minerals-Whit |
| 33.  MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 34.  MI-16 | B | Royalty | K | W | | | | | Blue Door-ncey |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. MI-19 | A | Royalty | J | W | | | | | McLane |
| 36. MI-21 | A | Royalty | J | W | | | | | Sun Oil |
| 37. MI-22 | A | Royalty | J | W | | | | | Devon Energy |
| 38. MI-31 | | None | | | Shut | | | | Wagner Oil Shier |
| 39. MI-33 | | None | | | Undrilled | | | | Dudley Land Co. |
| 40. MI-35 | A | Royalty | K | W | | | | | Everest-Thoro-Brown |
| 41. MI-36 | A | Royalty | J | W | | | | | Flint Hills-cml Exp |
| 42. MI-37 | B | Royalty | J | W | | | | | ConocoPhillips |
| 43. ***** Money Market Funds *** | | ********* | | | ******** | | | | ******** |
| 44. Wells Fargo Advisors | D | Interest | L | T | | | | | Note One |
| 45. ***** Bank Accounts ******* | | ******* | | | ********* | | | | ******* |
| 46. JPMorgan-Chase | A | Interest | K | T | | | | | |
| 47. Compass Bank - T | A | Interest | K | T | | | | | Trust Account |
| 48. Compass Bank -G | A | Interest | | | Closed | 12/31 | | | Closed |
| 49. Wells Fargo - 1 | A | Interest | J | T | Open | 12/15 | J | | Replaces Compass |
| 50. Wells Fargo - 2 | C | Interest | M | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50.001 - $100.000 | B =$1.001 - $2,500 G =$100.001 - $1,000.000 | C =$2.501 - $5,000 H1 =$1.000,001 - $5,000,000 | D =$5.001 - $15.000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15.001 - $50,000 O =$500,001 - $1,000.000 | L =$50.001 - $100.000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ***** Mutual Funds Two ****** | | ********* | | | ******** | | | | ******* |
| 53. Delaware US Growth | | None | O | T | | | | | |
| 54. Delaware International Equity | B | Distribution | | | Sold | 2/20 | L | | |
| 55. Delaware Trend | A | Distribution | N | T | Buy (add'l) | 2/13 | M | | |
| 56. Van Kampen Emerging Markets | | None | L | T | Sold | 12/08 | N | | |
| 57. Delaware Small Cap Value | A | Distribution | | T | | | | | |
| 58. Jennison Equity Opportunity | D | Distribution | M | T | Buy (add'l) | 2/13 | M | | |
| 59. Delaware Diverse Value | D | Distribution | N | T | | | | | |
| 60. Delaware Global Value | B | Distribution | L | T | Buy | 1/29 | M | | |
| 61. Dryden Global Real Estate [Prudential] | B | Distribution | L | T | Buy | 2/13 | M | | Name change to Prudential |
| 62. Lord Abbott Global Dev Mkt | A | Distribution | M | T | Buy | 12/09 | M | | |
| 63. ***** Government Bonds ****** | | ******* | | .. | ******** | | | | ******* |
| 64. Houston Utility | A | Interest | K | T | Buy | 10/9 | K | | |
| 65. Lower Colorado River | A | Interest | L | T | Buy | 10/9 | L | | |
| 66. Harris County Health | A | Interest | L | T | Buy | 2/29 | L | | |
| 67. Roma ISD | A | Interest | J | T | Buy | 12/22 | J | | |
| 68. Arizona Student Housing | B | Interest | | | Redeemed | 9/01 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Carrolton, Texas | B | Interest | K | T | | | | | |
| 70. New Braunfels - 2 | B | Interest | K | T | | | | | |
| 71. ***** Addenda ******* | | ******* | | | | | | | ************* |
| 72. MI-38 | A | Royalty | J | W | | | | | SW Operating |
| 73. MI-39 | | None | J | W | | | | | Everest-Hilje Land |
| 74. MI-01 | | None | J | W | | | | | Remainder now reportable |
| 75. ***** End ***** | | | | | | | | | ************** |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note One:  Cash balances in brokerage and bank accounts are swept into money-markets funds or minuicipal money-market funds.

Note Two:  Capital gains in mutual funds are automatically reinvested.

Note Three:  [none]

Note Four:  The American Association of Petroleum Geologists has appointed me its distinguished lecture for ethics.
No fee or honorium. It partially reimburses me for room, board, and travel.
The lectures are funded from its foundation.  The AAPG has 36,000 members around the world.

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 08/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544